## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re                                   :           Chapter  7

                                        :

Steve W. Greenzweig                     :

            Debtor                      :           Bankruptcy No.  10-17186jkf

### ORDER

AND NOW, this ___ day of _____ , 2010, it is

ORDERED that since the debtor(s) have failed to timely file the documents
required by the order dated 8/25/10  this case be and the same is hereby DISMISSED.

Jean K. FitzSimon
United States Bankruptcy Judge

Missing Documents:

            Matrix
            Statement of Current Monthly Income
            Schedules A-J
            Statement of Financial Affairs
            Summary of Schedules
            ~~Statistical Summary of Certain Liabilities~~